# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard James Zumbro, | No. CV-24-01452-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, et al., | |
| Respondents. | |

Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending the denial of petitioner Richard James Zumbro's petition for writ of habeas corpus. (Doc. 20.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED** and the petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 1st day of April, 2025.

Honorable Krissa M. Lanham
United States District Judge